No. 00–8898. STEELE *v.* ORANGE COUNTY ET AL. Dist. Ct. App. Fla., 5th Dist. Motion of petitioner for leave to proceed

*in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.